# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-165-FDW-DCK

| | |
|---|---|
| UNIVERSITY HILLS BAPTIST CHURCH, | ) )  ) |
| **Plaintiff,** | ) )  ) |
| v. | ) **ORDER** )  ) |
| SOUTHERN MUTUAL CHURCH INSURANCE COMPANY, | ) )  ) )  ) |
| **Defendant.** | ) )  ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Raymond E. Owens, Jr., filed a "Certification Of Mediation Session" (Document No. 16) notifying the Court that the parties reached a settlement on September 28, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 30, 2017**.

**SO ORDERED**.

Signed: October 2, 2017

David C. Keesler
United States Magistrate Judge